114 So.2d 532

## UNITED STATES STEEL CORP.

v.

**Paul O. CURRY and Dept. of Ind. Rel.**

6 Div. 306.

Supreme Court of Alabama.

Feb. 12, 1959.

Burr, McKamy, Moore & Thomas, Birmingham, and Hill, Hill, Stovall & Carter, Montgomery, for petitioner.

Cooper, Mitch, Black & Crawford, Birmingham, opposed.

GOODWYN, Justice.

This is one of four related cases (the other three being United States Steel Corp. v. Wood, Ala., 114 So.2d 551,[1] United States Steel Corp. v. Baxley, Ala., 114 So.2d 554,[2] and United States Steel Corp. v. Glasgow, Ala., 114 So.2d 567,[3] in which we granted certiorari to the Court of Appeals. On authority of United States Steel Corporation v. Wood, Ala., 114 So.2d 551[1]) the

---

114 So.2d 567

## UNITED STATES STEEL CORP.

v.

**Willie L. GLASGOW and Dept. of Ind. Rel.**

6 Div. 305.

Supreme Court of Alabama.

Feb. 12, 1959.

Burr, McKamy, Moore & Thomas, Birmingham and Hill, Hill, Stovall & Carter, Montgomery, for petitioner.

Cooper, Mitch, Black & Crawford, Birmingham, opposed.

